# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1130
Lower Tribunal No. 2016-CF-005108

_____

LOREN EGON ZURAFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

June 12, 2026

PER CURIAM.

AFFIRMED. *See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied.").

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.

Loren Egon Zuraff, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED